March 10, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 16 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

IN RE: C.O.A. No. 12-14-00305-XR; Tr.Ct.No. 18,611

Dear Ms. Lusk:

Please find enclosed the Appellant's Motion For Extension of Time To File Pro Se Brief and Order and Certificate of Service. I ask that you please file these documents in the above referenced cause and bring them to the attention of the Court immediately. Your assistance in this matter is greatly appreciated.

Sincerely,
Jimmy DaShawn Mosley Jr. #1954147
Comally Unit, 899 FM 632
Kenedy, Texas 78119

1.

C.O.A. No. 12-14-0030S-CR
Tr. Ct. No. 18,611

THE STATE OF TEXAS §
 VS. §
JIMMY DESHAWN MOSLEY JR. §
§

IN THE TWELFTH

FILED IN COURT OF APPEALS
12th Court of Appeals District

COURT OF APPEALS

MAR 16 2015

TEXAS

CATHY S. LUSK, CLERK

MOTION FOR EXTENSION OF TIME TO FILE PRO SE BRIEF

TO THE HONORABLE PRESIDING JUDGE:

COMES NOW, JIMMY DESHAWN MOSLEY JR., Appellant, Pro se, and respectfully files this Motion For Extension of Time To File Pro Se Brief. In support of this the Appellant will show this Court the following:

I.

On February 24 2015 the Appellant's appellate counsel filed an Anders brief and a Motion to withdraw as counsel. in the above referenced cause. Notice of this was sent to the James Byrd Unit 21 FM 247 Huntsville, Texas 77320 on February 26, 2015, but the Appellant was no longer housed at this facility at that time. Notice was then forwarded to the Appellant at his current address at the John B. Connally Unit 899 FM 632 Kenedy, Texas 78119. The Appellant recieved this notice from the Connally Unit mail room staff on this day March 10, 2011. As you can see about two weeks have surpassed. Also the Connally Unit where the Appellant is located is currently on it's annual lockdown, so the Appellant has no access to the units law library. The Appellant also needs a copy of his records so that he can adequately address his grounds for appeal.

II.

For the foregoing reasons the Appellant prays that this Honorable Court grant this Motion for Extension of Time to File Pro se Brief.

Sincerely,

Jimmy Deshawn Mosley Jr. # 1954147
John B Connally Unit, 899 FM 632
Kenedy, Texas 78119

1

# CERTIFICATE OF SERVICE

I, Jimmy DeShawn Mosley Jr., do hereby certify that a true and correct copy of the above and foregoing Appellant's Motion For Extension Of Time To File Pro Se Brief and Order have been forwarded by United States Mail postage pre paid first class to Cathy S. Lusk, Clerk of the Twelfth Court of Appeals 1517 West Front Street, Suite 354 Tyler, Texas 75702 on this the 10th day of March 2015.

Jimmy Mosley Jr
Appellant Pro Se
Jimmy DeShawn Mosley Jr. #1954147
Connally Unit, 899 FM 632
Kenedy, Texas 78119

3